Lisa J. Rodriguez (LR-6767)
RODRIGUEZ & RICHARDS, LLC
3 Kings Highway East
Haddonfield, NJ 08003
(856) 795-9002
[Additional Counsel on Signature Page]

FILED

JUL 17 2001

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| HIP HEALTH PLAN OF FLORIDA, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHERING-PLOUGH CORPORATION; UPSHER-SMITH LABORATORIES and AMERICAN HOME PRODUCTS CORPORATION,<br><br>Defendants. | Class Action<br><br>Civil Action No. 01-1652<br><br>NOTICE OF MOTION TO ENTER CASE MANAGEMENT ORDER No. 1 |
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 56 HEALTH & WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHERING-PLOUGH CORPORATION; UPSHER-SMITH LABORATORIES and AMERICAN HOME PRODUCTS CORPORATION,<br><br>Defendants. | Civil Action No. 01-1769 |

| | |
|---|---|
| CARL M. WALLACE and BURT LAVIN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SCHERING-PLOUGH CORPORATION; UPSHER-SMITH LABORATORIES and AMERICAN HOME PRODUCTS CORPORATION,<br>　　　　　Defendants. | Civil Action No. 01-1771 |
| AMY REICHERT, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SCHERING-PLOUGH CORPORATION; UPSHER-SMITH LABORATORIES and AMERICAN HOME PRODUCTS CORPORATION,<br>　　　　　Defendants. | Civil Action No. 01-1770 |
| STANLEY NEMSER, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SCHERING-PLOUGH CORPORATION; and AMERICAN HOME PRODUCTS CORPORATION,<br>　　　　　Defendants. | Civil Action No. 01-1943 |

| | |
|---|---|
| STANLEY NEMSER, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Civil Action No. 01-1944 |
| v. | |
| SCHERING-PLOUGH CORPORATION; and UPSHER-SMITH LABORATORIES, | |
| Defendants. | |
| NORMAN SEABROOK, ISRAEL REXACH, ELIAS HUSAMUDEEN, WILLIAM WASNICKI, GUY ANDERSON, ROBERT SEABROOK, STEVEN ROBINSON, ON BEHALF OF CORRECTION OFFICERS BENEVOLENT ASSOCIATION SECURITY BENEFITS FUND, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | Civil Action No. 01-2090 |
| v. | |
| SCHERING-PLOUGH CORPORATION; UPSHER-SMITH LABORATORIES; AMERICAN HOME PRODUCTS CORPORATION; and ESI LEDERLE INC., | |
| Defendants. | |
| ROSE LIPSCOMB, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No. 01-2119 |
| v. | |
| SCHERING-PLOUGH CORPORATION; UPSHER-SMITH LABORATORIES; and AMERICAN HOME PRODUCTS CORPORATION, | |
| Defendants. | |

| | |
|---|---|
| TEAMSTERS HEALTH & WELFARE FUND OF PHILADEPHIA & VICINITY, on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>SCHERING-PLOUGH CORPORATION; UPSHER-SMITH LABORATORIES; and AMERICAN HOME PRODUCTS CORPORATION,<br><br>        Defendants. | Civil Action No. 01-2191 |
| NEW YORK STATE-WIDE SENIOR ACTION COUNCIL, INC.; and MASSACHUSETTS SENIOR ACTION COUNCIL, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs<br><br>v.<br><br>SCHERING-PLOUGH CORPORATION; UPSHER-SMITH LABORATORIES; and AMERICAN HOME PRODUCTS CORPORATION,<br><br>        Defendants. | Civil Action No. 01-2726 |
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiffs<br><br>v.<br>SCHERING-PLOUGH CORPORATION; UPSHER-SMITH LABORATORIES; and AMERICAN HOME PRODUCTS CORP.,<br>        Defendants. | Civil Action No. 01-2869 |

GEORGE BURNS, individually and on behalf of
all others similarly situated,

    Plaintiffs

            Civil Action No. 01-2943

v.

SCHERING-PLOUGH CORPORATION;
UPSHER-SMITH LABORATORIES; AMERICAN
HOME PRODUCTS CORPORATION; and
ESI LEDERLE, INC.

    Defendants.

## NOTICE OF MOTION TO ENTER CASE MANAGEMENT ORDER No. 1

TO: All Counsel of Record  (See attached list)

PLEASE TAKE NOTICE that on the 10th of September, 2001, at 9:00 A.M., or as soon thereafter as the Court directs, Plaintiffs in Civil Actions Nos. 01-1652, 01-1769, 01-1771, 01-1770, 01-1943, 01-1943, 01-1944, 01-2090, 01-2119, and 01-2191 will move pursuant to Local Civil Rule 16.1(g) for a Case Management Order providing for the consolidation of related actions and the filing on a single consolidated complaint; establishing a Master Docket; approving the organization of Plaintiffs' counsel, including the appointment of lead counsel, liaison counsel, and an executive committee; initial scheduling of discovery; and scheduling for consideration of motions for class certification.  In support of this motion, Plaintiff relies upon the submitted exhibits, and memorandum of law.  Oral argument is not requested.

Plaintiffs have been advised that Defendants Schering-Plough Corporation and American Home Products Corporation consent to the entry of the Proposed Case Management Order, except that they make no comment regarding the organization of Plaintiffs' counsel.

Dated: July 17, 2001

Respectfully submitted,

RODRIGUEZ & RICHARDS, LLC

By: /s/ Lisa J. Rodriguez
Lisa J. Rodriguez
3 Kings Highway East
Haddonfield, NJ 08033
(856) 795-9002

Ira Neil Richards
RODRIGUEZ & RICHARDS, LLC
The Penthouse
226 W. Rittenhouse Square
Philadelphia, PA 19103

*Attorneys for Plaintiffs HIP Health Plan of Florida, Inc.; United Food and Commercial Workers Local 56 Health & Welfare Fund; Carl M. Wallace and Burt Lavin; Amy Reichert; Norman Seabrook, Israel Rexach, Elias Husamudeen, William Wasnicki, Guy Anderson, Robert Seabrook, Steven Robinson, on Behalf of Correction Officers Benevolent Association Security Benefits Fund; and Teamsters Health & Welfare Fund of Philadelphia & Vicinity*

Linda P. Nussbaum
Cohen, Milstein, Hausfeld
 & Toll, P.L.L.C.
825 Third Avenue, 30th Floor
New York, NY 10022

Michael D. Hausfeld
Daniel A. Small
Cohen, Milstein, Hausfeld
   & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

*Attorneys for Plaintiffs HIP Health Plan of Florida, Inc.*

Eugene A. Spector
Theodore M. Lieverman
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

Neal Goldstein
Freedman & Lorry, P.C.
400 Market Street, Suite 900
Philadelphia, PA 19106

*Attorneys for United Food and Commercial Workers Local 56 Health & Welfare Fund; and Teamsters Health & Welfare Fund of Philadelphia & Vicinity*

Lawrence A. Sucharow
Bernard Persky
Barbara J. Hart
Goodkind, Labaton Rudoff
   & Sucharow LLP
100 Park Avenue
New York, NY 10017-5563

Nicholas E. Chimicles
James R. Malone
Chimicles & Tikellis LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Burton H. Finkelstein
Richard M. Volin
Finkelstein, Thompson & Loughran
1055 Thomas Jefferson Street, NW, Suite 601
Washington, DC 20007

*Attorneys for Plaintiffs Norman Seabrook, Israel Rexach, Elias Husamudeen, William Wasnicki, Guy Anderson, Robert Seabrook, Steven Robinson, on Behalf of Correction Officers Benevolent Association Security Benefits Fund*

Bruce Cohen
Steven J. Greenfogel
MEREDITH, COHEN, GREENFOGEL
  & SKIRNICK, P.C.
Architect's Building
17th & Sansom Street, 22nd Floor
Philadelphia, PA 19103

Stephen A. Kanner
MUCH SHELIST FREED DENENBERG
  AMENT & REBENSTEIN, P.C.
200 N. LaSalle Street, Suite 2100
Chicago, IL 60601

*Attorneys for Teamsters Health & Welfare Fund of Philadelphia & Vicinity*

Allyn Z. Lite
Joseph DePalma
Roosevelt N. Nesmith
Lite DePalma Greenburg & Rivas, LLC
Two Gateway Center, 12th floor
Newark, NJ 07102-5585

*Attorneys for Plaintiffs Stanley Nemser; and Rose Lipscomb*

Michael E. Criden
Hanzman Criden Chaykin & Rolnick, P.A.
200 Alhambra Circle, Suite 400
Coral Gables, FL 33134

*Attorneys for Plaintiffs HIP Health Plan of Florida, Inc.*

Marc H. Edelson
Hoffman & Edelson, LLC
45 West Court Street
Doylestown, PA 18901

*Attorneys for Plaintiffs Carl M. Wallace and Burt Lavin; and Amy Reichert*

Lester L. Levy
Wolf Popper LLP
845 Third Avenue
New York, NY 10022

*Attorneys for Plaintiffs Stanley Nemser*

Kenneth A. Wexler
Kenneth A. Wexler & Associates
One North LaSalle Street, Suite 2000
Chicago, IL 60602

Anthony J. Bolognese
Bolognese & Associates, LLC
Two Penn Center Plaza, Suite 200
Philadelphia, PA 19103

Daniel E. Gustafson
Heins, Mills & Olson
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

*Attorneys for Plaintiffs Carl M. Wallace and Burt Lavin*

Andrew Spark
Law Offices of Bennett Spark
1800 Second Street, Suite 818
Sarasota, FL 34236

*Attorneys for Plaintiff Amy Reichert*

Lisa J. Rodriguez (LR 6767)
RODRIGUEZ & RICHARDS, LLC
3 Kings Highway East
Haddonfield, NJ 08033

**Counsel for Plaintiffs**

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HIP HEALTH PLAN OF FLORIDA, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHERING-PLOUGH CORPORATION; UPSHER-SMITH LABORATORIES; and AMERICAN HOME PRODUCTS CORPORATION,<br><br>Defendants. | Case No. 01-cv-1652 (JAG) |
| UNITED FOOD AND COMMERCIAL WORKERS LOCAL 56 HEALTH & WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHERING-PLOUGH CORPORATION; UPSHER-SMITH LABORATORIES; and AMERICAN HOME PRODUCTS CORPORATION,<br><br>Defendants. | Case No. 01-cv-1769 |

| | |
|---|---|
| CARL M. WALLACE and BURT LAVIN, )<br>on behalf of themselves and )<br>all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SCHERING-PLOUGH CORPORATION; )<br>UPSHER-SMITH LABORATORIES; )<br>and AMERICAN HOME PRODUCTS )<br>CORPORATION, )<br>)<br>Defendants. )<br>_____) | Case No. 2:01cv01771 |
| AMY REICHERT, )<br>on behalf of herself and )<br>all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCHERING-PLOUGH CORPORATION; )<br>UPSHER-SMITH LABORATORIES; )<br>and AMERICAN HOME PRODUCTS )<br>CORPORATION, )<br>)<br>Defendants. )<br>_____) | Case No. 2:01cv01770 |
| STANLEY NEMSER, )<br>on behalf of himself and )<br>all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCHERING-PLOUGH CORPORATION )<br>and AMERICAN HOME PRODUCTS )<br>CORPORATION, )<br>)<br>Defendants. )<br>_____) | Case No. 2:01cv01943 |

| | |
|---|---|
| ROSE LIPSCOMB, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>SCHERING-PLOUGH CORPORATION; UPSHER-SMITH LABORATORIES; and AMERICAN HOME PRODUCTS CORP.,<br><br>   Defendants. | Case No. 2:01cv02119 |
| TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, on behalf of itself and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>SCHERING-PLOUGH CORPORATION; UPSHER-SMITH LABORATORIES; and AMERICAN HOME PRODUCTS CORP.,<br><br>   Defendants. | Case No. 01-2191 |
| NEW YORK STATE-WIDE SENIOR ACTION COUNCIL; and MASSACHUSETTS SENIOR ACTION COUNCIL, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>SCHERING-PLOUGH CORPORATION; UPSHER-SMITH LABORATORIES; and AMERICAN HOME PRODUCTS CORP.,<br><br>   Defendants. | Case No. 01-2726 |

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG CO., INC., on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHERING-PLOUGH CORPORATION; UPSHER-SMITH LABORATORIES; and AMERICAN HOME PRODUCTS CORPORATION,<br><br>Defendants. | Case No. 01-2869 |
| GEORGE BURNS, individually and on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCHERING-PLOUGH CORPORATION; UPSHER-SMITH LABORATORIES; AMERICAN HOME PRODUCTS CORPORATION and ESI LEDERLE, INC.,<br><br>Defendants. | Case No. 01-2943 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plaintiffs' Notice of Motion to Enter Case Management Order No. 1, Memorandum in Support of Motion to Enter Case Management Order No. 1, Case Management Order No. 1, was served via Federal Express upon counsel listed below:

**Schering-Plough Counsel**
William J. O'Shaughnessy
McCarter & English LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652

John W. Nields, Jr.
Alan M. Wiseman
Laura S. Shores
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402

**American Home Products Counsel**
Brian J. McMahon, Esquire
Jennifer A. Hradil, Esquire
Gibbons, DelDeo, Dolan, Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102-0549

**Upscher-Smith Counsel**
Gage Andretta, Esquire
Wolff & Samson
5 Becker Farm Road
Roseland, New Jersey 07068

Dated: July 17, 2001

Lisa J. Rodriguez