**GIBBONS, DEL DEO, DOLAN,**
**GRIFFINGER & VECCHIONE**
A Professional Corporation
One Riverfront Plaza
Newark, New Jersey 07102-5497
(973) 596-4500
Attorneys for Defendant
American Home Products Corporation

FILED
JAN 3 2002
AT 8:30 ___ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE K-DUR ANTITRUST LITIGATION | Consol. Civ. A. No.: 01-CV-1652 (JAG)<br><br>Applies to:<br>Walgreen Co. et al, 01-CV-4524 (JAG)<br><br>**CONSENT ORDER FURTHER EXTENDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT** |

**THIS MATTER** having been opened to the Court on the application of defendants American Home Products Corporation ("AHP"), Schering-Plough Corporation ("Schering"), and Upsher-Smith Laboratories ("Upsher") (collectively, Defendants), by and through their respective attorneys, for an Order further extending Defendants' time to answer or otherwise plead in response to the *Walgreen* Plaintiffs' complaint; and a prior extension by consent having been granted to AHP until December 28, 2001; and a prior extension by consent having been granted to Schering until December 31, 2001; and a prior extension by consent having been granted to Upsher until December 31, 2001; and the parties having consented to said further extension; and the Court having considered the parties' application for the entry of this Consent Order; and good cause having been shown;

**IT IS** on this 2nd day of January, 2002;

**ORDERED** that Defendants' time to answer or otherwise plead in response to the *Walgreen* Plaintiffs' complaint is hereby extended until the date on which the Defendants' responsive pleading is due to the consumer and/or third party payor class plaintiffs' Consolidated Amended Class Action Complaint pursuant to paragraph 19 of the December 11, 2001 Case Management Order and any further Court orders; and it is further

#342727 v2
100715-39825

**ORDERED** that a copy of this Consent Order shall be served by Defendants' counsel upon all counsel within seven (7) days of its receipt.

Joseph A. Greenaway, Jr., U.S.D.J.

Dated: December ___, 2001

I HEREBY CONSENT TO THE
FORM AND ENTRY OF THIS ORDER:

**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.**
One Riverfront Plaza
Newark, New Jersey 07201
Attorneys for Defendant
American Home Products Corporation

By: _____
   Brian J. McMahon

**WOLFF & SAMSON, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Attorneys for Defendant
Upsher-Smith Laboratories, Inc.

By: _____
   Robert L. Tchack

**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101
Attorneys for Defendant
Schering-Plough Corporation

By: _____
   William J. O'Shaughnessy

**DEWSNUP, KING & OLSEN**
2020 Beneficial Tower
36 South State Street
Salt Lake City, Utah 84111
Co-Lead Counsel for the Non-Class
Pharmacy Purchaser Plaintiffs

By: _____
   Douglas Patton

**ORDERED** that a copy of this Consent Order shall be served by Defendants' counsel upon all counsel within seven (7) days of its receipt.

Joseph A. Greenaway, Jr., U.S.D.J.

Dated: December __, 2001

I HEREBY CONSENT TO THE
FORM AND ENTRY OF THIS ORDER:

**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.**
One Riverfront Plaza
Newark, New Jersey 07201
Attorneys for Defendant
American Home Products Corporation

By: _____
Brian J. McMahon

**WOLFF & SAMSON, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Attorneys for Defendant
Upsher-Smith Laboratories, Inc.

By: _____
Robert L. Tchack

**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101
Attorneys for Defendant
Schering-Plough Corporation

By: _____
William J. O'Shaughnessy

**DEWSNUP, KING & OLSEN**
2020 Beneficial Tower
36 South State Street
Salt Lake City, Utah 84111
Co-Lead Counsel for the Non-Class
   Pharmacy Purchaser Plaintiffs

By:_____
Douglas Patton