## CERTIFICATE OF SERVICE

I, J. Douglas Richards, hereby certify that a true and accurate copy of the foregoing Indirect Purchaser Plaintiffs' Opposition to Joint Motion for Reconsideration and Amendment of Case Management Order, was served via first class mail, upon all counsel listed below, on this 14th day of January, 2002.

Harry C. Kaish, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101

**FILED**
JAN 15 2002
AT 8:30 _____
WILLIAM T. WALSH
CLERK

Andrew R. Jacobs
Epstein Fitzsimmons Brown Ringle Giola & Jacobs, P.C.
245 Green Village Road, P.O. Box 901
Chatham Township, New York 07928

Daniel W. Krasner, Esq.
Fred Taylor Isquith, Esq.
Brian S. Cohen, Esq.
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, New York 10016

Mary Jane Fait, Esq.
Wolf Haldenstein Adler Freeman & Herz, LLP
656 West Randolp Street, Suite 500W
Chicago, Illinois 60661

Robert Michels, Esq.
Winston & Strawn
35 West Wacker Drive
45th Floor
Chicago, IL 60601

Laura S. Shores, Esq.
Howrey, Simon, Arnold & White, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

Brian J. McMahon, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102

Linda P. Nussbaum, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
825 Third Avenue - 30th Floor
New York, NY 10022

Christpher M. Curran, Esq.
White & Case, LLP
601 Thirteenth Street, NW
Washington, DC 20005

Lester L. Levy, Esq.
Wolf Popper, LLP
845 Third Avenue
New York, NY 10022

William E. Goydan, Esq.
Wolff & Samson
5 Becker Farm Road
Roseland, NJ 07068

Allyn Z. Lite, Esq.
Lite, DePalma, Greenberg & Rivas, LLC
Two Gateway Center - 12th Floor
Newark, NJ 07102

Michael D. Hausfled, Esq.
Daniel A. Small, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005

Neal Goldstein, Esq.
Freedman & Lorry, PC
400 Market Street - Suite 900
Philadelphia, PA 19106

Eugene Spector, Esq.
Spector, Roseman & Kodroff, PC
1818 Market Street - Suite 2500
Philadelphia, PA 19103

Lisa J. Rodriquez, Esq.
Rodriquez & Richards, LLC
3 Kings Highway East
Haddonfield, NJ 08033

Bernard Persky, Esq.
Goodkind Labaton Rudoff & Sucharow, LLP
100 Park Avenue
New York, NY 10017

Peter S. Pearlman, Esq.
Cohn Lifkind Pearlman Hermann & Knopf, LLP
Park 80 Plaza West - One
Saddle Brook, NJ 07663

Kenneth A. Wexler, Esq.
Kenneth a. Wexler and Associates
One North LaSalle Street- Suite 2000
Chicago, IL 60602

Marc H. Edelson, Esq.
Hoffman & Edelson, LLC
45 West Court Street
Doylestown, PA 18901

Michael Criden, Esq.
Hanzman Criden Chaykin & Rolnick, PA
Commercebank Building
220 Albambra Circle - Suite 400
Coral Gables, FL 33134

William J. Pinilis, Esq.
Kaplan, Kilsheimer & Fox
237 South Street
Morristown, NJ 07960

David F. Sorenson, Esq.
Berger & Montague, PC
1622 Locust Street
Philadelphia, PA 19103

Joseph J. Tabacco, Jr., Esq.
Berman, DeValerio, Pease & Tabacco, PC
425 California Street - Suite 2025
San Francisco, CA 94104

Barry S. Taus, Esq.
Garwin, Bronzaft, Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036

David P. Smith, Esq.
Percy, Smith, Foote & Gadel
720 Murray Street
PO Box 1632
Alexandria LA 71309

Michael F. Heim, Esq.
Conley Rose & Tayon, PC
Chase Tower
600 Travis - Suite 1800
Houston, TX 77002

Andrew Spark, Esq.
Law Offices of Bennet Spark
1800 Second Street - Suite 818
Sarasota FL 34236

John Gregory Odom, Esq.
Odom & Des Roches
35th Floor, Bank One Center
201 St. Charles Avenue
New Orleans, LA 70170

Daniel E. Gustafson, Esq.
Heins Mills & Olson
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

Mark S. Armstrong, Esq.
Calvin, Richardson, Verner, Armstrong & Camp
500 Jefferson Avenue - Suite 2000
Houston, TX 77002

Anthony J. Bolognese, Esq.
Bolognese & Associates, LLC
Two Penn Center Plaza - Suite 200
Philadelphia, PA 19103

Michael J. Flannery, Es
Carey and Denis, LLC
8182 Maryland Avenue - Suite 1400
St. Louis, MO 63105

Ben Furth, Esq.
Furth Law Firm
201 Samsome - Suite 1000
San Francisco, CA 94104

Frederick T. Kuykendall, III, Esq.
Garnder, Middlebrooks, Fleming & Gibbons
The McAdory Building
2013 First Avenue, N - Suite 450
Birmingham, AL 35203

Bruce Cohen, Esq.
Steven J. Greenfogel, Esq.
Meredith, Cohen, Greenfogel & Skirnick, PC
Architect's Building
17th & Samson Street - 22nd Floor
Philadelphia, PA 19103

Guido Saveri, Esq.
Saveri & Saveri
One Embarcadero Center - Suite 1020
San Francisco, CA 94111

Burton J. Finkelstein, Esq.
Richard M. Volin, Esq.
Finkelstein, Thompson & Loughran
Duvall Foundry
1055 Thomas Jefferson Street, N.W.
Suite 601
Washington, D.C. 30007

Brian D. Hufford, Esq.
Pomerantz Haudek Block Grossmand & Gross
100 Park Avenue
New York, NY 10017

Dianne M. Nast, Esq.
Roda & Nast, PC
801 Estelle Drive
Lancaster, PA 17601

3

| | |
|---|---|
| Stephen A. Kramer, Esq.<br>Much Shelist Freed Denenberg Ament &<br>Rebenstein<br>200 N. LaSalle Street - Suite 2100<br>Chicago, IL 60601 | Nicholas E. Chimicles, Esq.<br>James R. Malone, Esq.<br>Michael D. Gottsch, Esq.<br>Chimicles & Tikellis LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041 |

*/s/ J. Douglas Richards*

J. Douglas Richards

4