**LITE DEPALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite (AL-6774)
Roosevelt N. Nesmith (RN-9650)
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000
Liaison Counsel for Plaintiffs

RECEIVED

JAN 3 1 2002

AT 8:30_____M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re K-DUR ANTITRUST LITIGATION | : | Civil Action No. 01-1652 (JAG, Jr.) |
| | : | (Consolidated Cases) |
| This document is applicable to all actions on | : | MDL Docket No. 1419 |
| the attached Exhibit A | : | |

FILED

**OMNIBUS MOTION TO REMAND**

JAN 3 1 2002

AT 8:30_____
WILLIAM T. WALSH
CLERK

To:     All Counsel on Attached Service List:

Please take notice that on Monday, March 11, 2002 at 10:00 a.m., or on such earlier date

and time as the Court shall direct, the Indirect Purchaser Plaintiffs in the actions set forth on the

attached Exhibit A, through their Court-designated Co-lead Counsel, shall move before the

Honorable G. Donald Haneke, U.S.M.J., at the Martin Luther King, Jr. United States Courthouse,

Federal Square, Newark, New Jersey, for the entry of an Order remanding each of those actions

to the state court from which it was removed by the Defendants. In support of their motion, the

Indirect Purchaser Plaintiffs in those actions shall rely upon the Declaration of Michael J.

Flannery, Esq. and Plaintiffs' Memorandum of Law In Support of Omnibus Motion to Remand.

A Proposed Omnibus Order to Remand is submitted herewith.

Plaintiffs hereby request oral argument on this Omnibus Motion to Remand.

Dated: December 28, 2001

**LITE DEPALMA GREENBERG & RIVAS, LLC**

Allyn Z. Lite (AL 6774)
Two Gateway Center
12th Floor
Newark, New Jersey 07102
(973) 623-3000
**Liaison Counsel for Plaintiffs**

Douglas Richards
Michael M. Buchman
Milberg Weiss Bershad Hynes
    & Lerach
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

Michael J. Flannery
James Rosemergy
Carey & Danis, LLC
8182 Maryland Avenue, Suite 1400
St. Louis, MO 63105
(314) 725-7700

Eugene A. Spector
Theodore M. Lieverman
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

Linda P. Nussbaum
Cohen, Milstein, Hausfeld
    & Toll, P.L.L.C.
825 Third Avenue, 30th Floor
New York, NY 10022
(212) 838-7797
**Co-Lead Counsel for Indirect Purchaser Plaintiffs**

*In re K-Dur Antitrust Litigation, MDL No. 1419 (Greenaway, J.)*

## CASES SUBJECT TO PLAINTIFFS' OMNIBUS MOTION TO REMAND

| STATE | CASE NAME | TRANSFEROR USDC CASE NO. | STATE COURT/CASE NO. |
|---|---|---|---|
| Alabama | Frances Irene Steadman v. Schering-Plough Corp., et al. | CV-01-N-1263-S (Northern District of Alabama) | Circuit Court of Walker County, State of Alabama, No. 2001-211 |
| Arizona | Pietsch v. Schering-Plough Corp., et al. | CIV-01-1392-PHX-ROS (District of Arizona) | Superior Court of the State of Arizona, County of Maricopa, No. CV2001-010892 |
| California | Estelle Travers v. Schering-Plough Corp., et al. | C01-1971 WDB (Northern District of California) | Superior Court of California, City and County of Alameda, No. 84018-6-5 |

1



*In re K-Dur Antitrust Litigation, MDL No. 1419 (Greenaway, J.)*

**CASES SUBJECT TO PLAINTIFFS' OMNIBUS MOTION TO REMAND**

| STATE | CASE NAME | TRANSFEROR USDC CASE NO. | STATE COURT/CASE NO. |
|---|---|---|---|
| California (continued) | Jacqueline Cundiff v. Schering-Plough Corp., et al. | C01-1835 PJH (Northern District of California) | Superior Court of California, City and County of Alameda, No. 837776-2 |
| | Natalie Sutin v. Schering-Plough Corp., et al. | 01-CV-4182 (Central District of California) | Superior Court of California, Los Angeles County; No. BC 248047 |
| | Leonard Brown v. Schering-Plough Corp. et al. | 3-01-CV-02432 (Northern District of California) | Superior Court of California, San Francisco County; No. 321300 |
| | Gloria Helling v. Schering-Plough Corp., et al. | 01-CV-1186 (Central District of California) | Superior Court of California, _____ County; No. _____ |
| Florida | Grossman v. Schering-Plough Corp., et al. | 01-8418-CIV-Middlebrooks (Southern District of Florida) | Circuit Court Palm Beach County, State of Florida; No. CL01-3504 AE |
| Maine | Margaret Dentone v. Schering-Plough Corp., et al. | 01-CV-169 (District of Maine) | Superior Court of Maine, Kennebec County; No. CV-01-103 |
| Massachusetts | Agatha "Nikki" McCutchon v. Schering-Plough Corp. et al. | 01-CV-40185 (District of Mass.) | Superior Court Commonwealth of Massachusetts, Suffolk County; No. 01-3963 |

2

*In re K-Dur Antitrust Litigation, MDL No. 1419 (Greenaway, J.)*

**CASES SUBJECT TO PLAINTIFFS' OMNIBUS MOTION TO REMAND**

| STATE | CASE NAME | TRANSFEROR USDC CASE NO. | STATE COURT/CASE NO. |
|---|---|---|---|
| Minnesota | Janis Roseen v. Schering-Plough Corp., et al. | 01-962 JRT/FLN (District of Minnesota) | Hennepin County Court, State of Minnesota; No. CT-01-6354 |
| New Jersey | Leonard Brown v. Schering-Plough Corp. | 01-CV-3196 (District of New Jersey) | Superior Court of New Jersey, Union County; No. UNNL-2131 01 |
|  | John Kellar v. Schering Plough Corp., et al. | 01-CV-3379 (District of New Jersey) | Superior Court of New Jersey, Morris County; No. L-1634-01 |
| New York | Anthony Debella v. Schering-Plough Corp., et al. | 01 CIV-8834 (LBS) (Southern District of NY) | Supreme Court of the State of New York, County of New York; No. 602886/01 |
| North Dakota | Donald W. Hannu v. Schering-Plough Corp., et al. | No. 01-CV-71 (District of North Dakota) | State of North Dakota, County of Morton No. 30-01-C-01290 |
| Tennessee | Rena Bellows v. Schering-Plough Corp., et al. | 01-2403 (Western District of Tennessee) | Circuit Court for Shelby County, State of Tennessee; No. CT-002465-01 |
| West Virginia | Joseph Morgan v. Schering-Plough Corp., et al. | 5:01CV84 (Northern District of West Virginia) | Circuit Court of Brooke County, State of West Virginia; No. 01-C-119 AMR |

3

*In re K-Dur Antitrust Litigation, MDL No. 1419 (Greenaway, J.)*

## CASES SUBJECT TO PLAINTIFFS' OMNIBUS MOTION TO REMAND

| STATE | CASE NAME | TRANSFEROR USDC CASE NO. | STATE COURT/CASE NO. |
|-------|-----------|--------------------------|----------------------|
| Wisconsin | Elaine Feider v. Schering-Plough Corp., et al. | 01-CV-641 (Eastern District of Wisconsin) | Circuit Court of Sheboygan County, State of Wisconsin, No. 01CV0284 |
| | Evelyn Barczak v. Schering-Plough Corp., et al. | 01-CV-906 (Eastern District of Wisconsin) | Circuit Court of Milwaukee County, State of Wisconsin, No. 01CV 006900 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

In re K-DUR ANTITRUST LITIGATION :
                               :

This document is applicable to all actions :
on the attached Exhibit A                :
                               :
                               :

Civil Action No. 01-1652 (JAG, Jr.)
(Consolidated Cases)

MDL Docket No. 1419

### *CERTIFICATE OF SERVICE*

The undersigned hereby certifies that on this 28th day of December, 2001, a true and correct copy of the Omnibus Motion to Remand, Plaintiffs' Memorandum of Law in Support of Omnibus Motion to Remand, Declaration of Michael J. Flannery in Support of Plaintiffs' Omnibus Motion to Remand, and the [Proposed] Omnibus Order to Remand were sent, via overnight mail and first-class mail (as indicated) to counsel on the attached service list.

*In re K-Dur Antitrust Litigation, MDL No. 1419 (Greenaway, J.)*

## CASES SUBJECT TO PLAINTIFFS' OMNIBUS MOTION TO REMAND

| STATE | CASE NAME | TRANSFEROR USDC CASE NO. | STATE COURT/CASE NO. |
|---|---|---|---|
| Alabama | Frances Irene Steadman v. Schering-Plough Corp., et al. | CV-01-N-1263-S (Northern District of Alabama) | Circuit Court of Walker County, State of Alabama; No. 2001-211 |
| Arizona | Pietsch v. Schering-Plough Corp., et al. | CIV-01-1392-PHX-ROS (District of Arizona) | Superior Court of the State of Arizona, County of Maricopa; No. CV2001-010892 |
| California | Estelle Travers v. Schering-Plough Corp., et al. | C01-1971 WDB (Northern District of California) | Superior Court of California, City and County of Alameda; No. 840186-5 |

1



EXHIBIT A

*In re K-Dur Antitrust Litigation, MDL No. 1419 (Greenaway, J.)*

CASES SUBJECT TO PLAINTIFFS' OMNIBUS MOTION TO REMAND

| STATE | CASE NAME | TRANSFEROR USDC CASE NO. | STATE COURT/CASE NO. |
|---|---|---|---|
| California (continued) | Jacqueline Cundiff v. Schering-Plough Corp., et al. | C01-1835 PJH (Northern District of California) | Superior Court of California, City and County of Alameda; No. 837776-2 |
| | Natalie Sutin v. Schering-Plough Corp., et al. | 01-CV-4182 (Central District of California) | Superior Court of California, Los Angeles County; No. BC 248047 |
| | Leonard Brown v. Schering-Plough Corp., et al. | 3:01-CV-02432 (Northern District of California) | Superior Court of California, San Francisco County, No. 321300 |
| | Gloria Helling v. Schering-Plough Corp., et al. | 01-CV-1186 (Central District of California) | Superior Court of California, _____ County; No. _____ |
| Florida | Grossman v. Schering-Plough Corp., et al. | 01-8418-CIV-Middlebrooks (Southern District of Florida) | Circuit Court Palm Beach County, State of Florida; No. CL01-3504 AE |
| Maine | Margaret Dentone v. Schering-Plough Corp., et al. | 01-CV-169 (District of Maine) | Superior Court of Maine, Kennebec County; No. CV-01-103 |
| Massachusetts | Agatha "Nikki" McCutchon v. Schering-Plough Corp., et al. | 01-CV-40185 (District of Mass.) | Superior Court Commonwealth of Massachusetts, Suffolk County; No. 01-3963 |

2

*In re K-Dur Antitrust Litigation, MDL No. 1419 (Greenaway, J.)*

## CASES SUBJECT TO PLAINTIFFS' OMNIBUS MOTION TO REMAND

| STATE | CASE NAME | TRANSFEROR USDC CASE NO. | STATE COURT/CASE NO. |
|---|---|---|---|
| Minnesota | Janis Roseen v. Schering-Plough Corp., et al | 01-962 JRT/FLN (District of Minnesota) | Hennepin County Court, State of Minnesota; No. CT-01-6354 |
| New Jersey | Leonard Brown v. Schering-Plough Corp., et al. | 01-CV-3196 (District of New Jersey) | Superior Court of New Jersey, Union County; No. UNN L-2131 01 |
| | John Kellar v. Schering Plough Corp., et al. | 01-CV-3379 (District of New Jersey) | Superior Court of New Jersey, Morris County; No. L-1634-01 |
| New York | Anthony Debella v. Schering-Plough Corp., et al. | 01 CIV-8834 (LBS) (Southern District of NY) | Supreme Court of the State of New York, County of New York; No. 602886/01 |
| North Dakota | Donald W. Hannu v. Schering-Plough Corp., et al. | No. 01-CV-71 (District of North Dakota) | State of North Dakota, County of Morton No. 30-01-C-01290 |
| Tennessee | Rena Bellows v. Schering-Plough Corp., et al | 01-2403 (Western District of Tennessee) | Circuit Court for Shelby County, State of Tennessee; No. CT-002465-01 |
| West Virginia | Joseph Morgan v. Schering-Plough Corp., et al | 5:01CV84 (Northern District of West Virginia) | Circuit Court of Brooke County, State of West Virginia; No. 01-C-119 AMR |

3

*In re K-Dur Antitrust Litigation, MDL No. 1419 (Greenaway, J.)*

## CASES SUBJECT TO PLAINTIFFS' OMNIBUS MOTION TO REMAND

| STATE | CASE NAME | TRANSFEROR USDC CASE No. | STATE COURT/CASE No. |
|---|---|---|---|
| Wisconsin | Elaine Feider v. Schering-Plough Corp., et al. | 01-CV-641 (Eastern District of Wisconsin) | Circuit Court of Sheboygan County, State of Wisconsin, No. 01CV0284 |
| | Evelyn Barczak v. Schering-Plough Corp., et al. | 01-CV-906 (Eastern District of Wisconsin) | Circuit Court of Milwaukee County, State of Wisconsin, No. 01CV 006900 |

4

G:\Lits\L04431010\Pleadings\Omnibus-Chart-12-28-01.wpd

### SERVICE LIST FOR IN RE K-DUR ANTITRUST LITIGATION
### MDL DOCKET NO. 1419

#### Counsel For Defendants

John W. Nields, Jr., Esq.
Alan M. Wiseman, Esq.
Laura Shores, Esq.
Howrey, Simon, Arnold & White, LLP *
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2402
*Attorneys for Defendant Schering-Plough Corporation*

Peter J. Carney, Esq.
Christopher Curran, Esq.
Robert D. Paul, Esq.
White & Case, LLP *
601 Thirteenth Street, N.W.
Washington, D.C.  20005
*Attorneys for Defendant Upsher-Smith Laboratories, Inc.*

Dan K. Webb, Esq.
Robert L. Michels, Esq.
Nancy L. Carey, Esq.
Winston & Strawn *
35 West Wacker Drive
Chicago, Illinois  60601-9703
*Attorneys for Defendant American Home Products Corporation*

Vernon L. Wells, II, Esq.
Walston, Wells, Anderson & Baine
P.O. Box 830642
Birmingham, AL 35283

William J. O'Shaughnessy, Esq.
Harvey C. Kaish, Esq.
McCarter & English, LLP
Four Gateway Center, 100 Mulberry St.
P.O. Box 652
Newark, NJ 07101

George G. Gordon, Esq.
Thomas A. Lincoln, Esq.
Dechert, Price & Rhoads
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103

David G. Meyer, Esq.
Howrey Simon Arnold & White, LLP
550 South Hope Street, Suite 1400
Los Angeles, CA 90071

John Dwyer French, Esq.
Faegre & Benson
2200 Norwest Center
90 South 7th Street
Minneapolis, MN  55402

Bryan A. Merryman, Esq.
White & Case
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071

Brian J. McMahon, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102

Neal R. Marder, Esq.
Winston & Strawn
444 Flower Street, 10th Floor
Los Angeles, CA 90071

John F. Mariani, Esq.
Levy, Kneen, Mariana, Curtin, et al.
1400 Centrepark Blvd., Suite 1000
West Palm Beach, FL 33401

**\* Sent via Overnight Mail to Defense Counsel**

Marcos Daniel Jimenez, Esq.
White & Case, LLP
200 S. Biscayne Blvd., Suite 4900
Miami, FL 33131

Michael J. Compagno, Esq.
Carlton, Fields, Ward, Emanuel, et al.
P.O. Box 150
W. Palm Beach, FL 33402

Richard H. Gill, Esq.
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P.O. Box 347
Montgomery, AL 36101

John R. Chiles, Esq.
Wilson F. Green, Esq.
Burr & Forman, L.L.P.
P.O. Box 830719
Birmingham, AL 35283

Gage Andretta, Esq.
William E. Goydan, Esq.
Wolff & Samson, P.A.
280 Corporate Center
5 Becker Farm Road
Roseland, NJ 07068

Edward F. Fox, Esq.
Oppenheimer, Wolff & Donnelly
3400 Plaza VII Bldg.
45 South 7th Street
Minneapolis, MN   55402

### *Counsel for Plaintiffs*

Allyn Z. Lite, Esq.
Joseph J. DePalma, Esq.
Roosevelt N. Nesmith, Esq.
Lite, Depalma, Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5585

David J. Bershad, Esq.
J. Douglas Richards, Esq.
Michael M. Buchman, Esq.
Milberg, Weiss, Bershad, Hynes
  & Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119

Linda P. Nussbaum, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
825 Third Avenue, 30th Floor
New York, NY 10022

Eugene A. Spector, Esq.
Theodore M. Lieverman, Esq.
Spector, Roseman & Kudroff, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Barry S. Taus, Esq.
Bruce E. Gerstein, Esq.
Garwin, Bronzaft, Gerstein & Fisher, L.L.P.
1501 Broadway
Suite 1416
New York, NY 10036

Douglas H. Patton, Esq.
Dewsnup King & Olsen
2020 Beneficial Tower
36 South State Street
Salt Lake City, Utah 84111

Lisa J. Rodriguez, Esq.
Donna Siegel Moffa
Rodriguez & Richards, LLC
3 Kings Highway
Haddonfield, New Jersey 08033

Steven J. Pfefferle, Esq.
Terhaar, Archibald, Pfefferle & Griebel,
LLP
300 First Avenue North, Suite 220
Minneapolis, Minnesota 55401

Dianne M. Nast, Esq.
Michael G. Nast, Esq.
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601

C. Oliver Burt, III, Esq.
Berman DeValerio Pease Tabacco Burt &
  Pucillo
Northbridge Centre, Suite 1701
515 North Flagler Drive
West Palm Beach, Florida 33401

Brian Barry, Esq.
Jill Levine, Esq.
Law Offices of Brian Barry
1801 Avenue of the Stars, Suite 307
Los Angeles, California 90067

S.C. Middlebrooks, Esq.
Frederick T. Kuykendall, III
Garner, Middlebrooks, Fleming, Gibbons &
Kittrell
McAdory Building, Suite 450
2013 1st Avenue North
Birmingham, Alabama 35203

Steven R. Weinmann, Esq.
Ben Furth, Esq.
The Furth Firm
Furth Building
201 Sansome Street, Suite 1000
San Francisco, California 94101

Guido Saveri, Esq.
R. Alexander Saveri, Esq.
Saveri & Saveri, Inc.
One Embarcadero Center, Suite 1020
San Francisco, California 94111

Bryan L. Clobes, Esq.
Miller, Paucher & Cafferty, LLP
30 South 15th Street, Suite 2500
One Penn Square West
Philadelphia, PA 19102

Lionel Z. Glaney, Esq.
Law Offices of Lionel Z. Glaney
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067

Stanley M. Grossman, Esq.
Brian D. Hufford, Esq.
Pomerantz, Haudek, Block, Grossman
    & Gross
100 Park Avenue
New York, NY 10017

Lester L. Levy, Esq.
Wolf Popper, LLP
845 Third Avenue
New York, NY 10022

James H. McFerrin, Esq.
Southeastern Legal Group
1920 Huntington Road
Birmingham, AL 35209

Lawrence A. Sucharow, Esq.
Bernard Persky, Esq.
Barbara J. Hart, Esq.
Goodkind, Labaton, Rudoff
    & Sucharow, LLP
100 Park Avenue
New York, NY 10017

Ira Neil Richards, Esq.
Rodriquez & Richards, LLC
The Penthouse
226 W. Rittenhouse Square
Philadelphia, PA 1910

Michael D. Hausfeld, Esq.
Daniel A. Small, Esq.
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Neal Goldstein, Esq.
Freedman & Lorry, P.C.
400 Market Street
Suite 900
Philadelphia, PA 19106

Marc H. Edelson, Esq.
Hoffman & Edelson, L.L.C.
45 West Court Street
Doylestown, PA 18901

Andrew Spark, Esq.
Law Offices of Bennett Spark
1800 Second Street
Suite 818
Sarasota, FL 34236

Nicholas E. Chimicles, Esq.
James R. Malone, Esq.
Chimicles & Tikellis, LLP
One Harverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Burton H. Finkelstein, Esq.
Richard M. Volin, Esq.
Finkelstein, Thompson & Loughran
1055 Thomas Jefferson Street, NW
Suite 601
Washington, DC   20007

Bruce Cohen, Esq.
Steven J. Greenfogel, Esq.
Meridith, Cohen, Greenfogel & Skirnick,
  P.C.
Architect's Building
17th & Sansom Street
22nd Floor
Philadelphia, PA   19103

Anthony J. Bolognese, Esq.
Bolognese & Associates, LLC
Two Penn Center Plaza
Suite 200
Philadelphia, PA   19103

Kenneth A. Wexler, Esq.
Kenneth A. Wexler and Associates
One North LaSalle Street
Suite 2000
Chicago, IL   60602

Daniel E. Gustafson, Esq.
Heins, Mills & Olson
700 Northstar East
608 Second Avenue South
Minneapolis, MN   55402

Peter L. Masnik, Esq.
Kalikman and Masnik
30 Washington Avenue
Haddonfield, NJ   08033

Ann D. White, Esq.
Mager & White, P.C.
The Pavilion
261 Old York Road
Suite 810
Jenkintown, PA   19046

Robert N. Kaplan, Esq.
Kaplan, Kilsheimer & Fox, LLP
805 Third Avenue, 22nd Floor
New York, NY   10022

Lionel Z. Glancy, Esq.
Michael M. Goldberg, Esq.
Law Offices of Lionel Z. Glancy
1801 Avenue of the Stars
Suite 311
Los Angeles, CA   90067

Richard A. Lockridge, Esq.
Heidi M. Drewes-Silton, Esq.
Lockridge, Grindal, Nauen & Holstein,
P.L.L.P.
2200 Washington Square
100 Washington Avenue South
Suite 2200
Minneapolis, MN   55401

Gregory N. McEwen, Esq.
McEwen Law Office
336 Robert Street North
Suite 1600
St. Paul, MN   55101

Greg Thompson, Esq.
Provost & Umphrey
490 Park Street
P.O. Box 4905
Beaumont, TX   77704

Robert G. Eisler, Esq.
Lieff, Cabraser, Heimann & Bernstein,
L.L.P.
70 Third Avenue, 48th Floor
New York, NY   10017

Thomas M. Sobol, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
175 Federal Street, 7th Floor
Boston, MA   02110

B.J. Wade, Esq.
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street
Memphis, TN  38103

Gordon Ball, Esq.
Law Offices of Gordon Ball
550 West Main Avenue, Ste. 750
Bank of America Center
Knoxville, TN  37902

Peter S. Pearlman, Esq.
Cohn, Lieland, Pearlman, Herrman &
  Knopf, LLP
Park 80 Plaza West One
Saddle Brook, NJ  07663

Daniel Berger, Esq.
David R. Sorensen, Esq.
Eric L. Cramer, Esq.
Berger & Montague
1622 Locust Street
Philadelphia, PA  19103

David Boies, Esq.
Richard B. Drubel, Esq.
Kimberly H. Schultz, Esq.
Boies, Schiller & Flexner, L.L.P.
26 South Main Street
Hanover, NH  03755

Michael F. Heim, Esq.
Conley, Rose & Tayton, P.C.
Chase Tower
600 Travis, Suite 1800
Houston, TX  77002

David P. Smith, Esq.
Percy, Smith, Foote & Gadel
720 Murray Street
P.O. Box 1632
Alexandria, LA  71309

Mark S. Armstrong, Esq.
Aubrey B. Calvin, Esq.
Calvin, Richardson, Verner, Armstrong &
  Camp
500 Jefferson Avenue, Ste. 2000
Houston, TX  77002

John Gregory Odom, Esq.
Stuart Des Roches, Esq.
Randall Acree, Esq.
Odom & Des Roches
Bank One Center
201 St. Charles Avenue
35th Floor
New Orleans, LA  70170

Sharon T. Maier, Esq.
Berman DeValerio Pease Tabacco Burt &
  Pucillo
425 California Street
Suite 2025
San Francisco, CA  94104