COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Peter S. Pearlman, Esq. (PP8416)
Attorneys for Plaintiff
Park 80 Plaza West-One
Saddle Brook, New Jersey 07663
(201) 845-9600

FILED

FEB 21 2002

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------------x
IN RE:
K-DUR ANTITRUST LITIGATION        Civil Action No. 01-1652 (JAG)
----------------------------------x

CERTIFICATION OF SERVICE

PATRICIA M. GEIB does hereby certify and say that:

1. I am a secretary employed by the firm of Cohn Lifland Pearlman Herrmann & Knopf LLP, attorneys for the plaintiff, in the above-captioned matter.

2. On the 21st day of February, 2002, I caused a copy of Submission of Direct Purchaser Class Plaintiffs and Non-Class Pharmacy Purchasers in Response to Statements Made by Defendants at Remand Hearing to be mailed postage prepaid by regular mail from Park 80 Plaza West One, Saddle Brook, New Jersey to all persons listed on the attached Service List.

3.  I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

PATRICIA M. GEIB

DATED:     February 21, 2002

**Louisiana Wholesale Drug Co., Inc. v. Schering-Plough Corp., Upsher-Smith Labs. and American Home Products Corp.**
**[K-DUR]**

**SERVICE LIST**

Harvey C. Kaish, Esq.
McCarter & English
Four Gateway Center
100 Mulberry Street, P.O. Box 652
Newark, NJ 07101-0652
Phone: 973-622-4444
Fax: 973-624-7070
*Attorneys for Schering-Plough Corporation*

Gage Andretta, Esq.
Wolff & Samson
5 Becker Farm Road
Roseland, NJ 07068
Phone: 973-740-0500
Fax: 973-740-1407
*Attorneys for Upsher-Smith Laboratories, Inc.*

Brian J. McMahon, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102
Phone: 973-596-4500
Fax: 973-596-0545
*Attorneys for American Home Products*

Allyn Z. Lite, Esq.
Lite, DePalma, Greenberg & Rivas, LLC
Two Gateway Center, 12th floor
Newark, NJ 07102
Phone: 973-623-3000
Fax: 973-623-0858
*Attorney for Rose Lipscomb; New York State-Wide Action Council, Inc.; Massachusetts Senior Action Council*

Laura S. Shores, Esq.
Howrey, Simon, Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: 202-783-0800
Fax: 202-383-6610
*Attorneys for Schering-Plough Corporation*

Christopher M. Curran, Esq.
White & Case, LLP
601 Thirteenth Street, N.W.
Washington, DC 20005
Phone: 202-626-3600
Fax: 202-639-9355
*Attorneys for Upsher-Smith Laboratories, Inc.*

Robert Michels, Esq.
Winston & Strawn
35 West Wacker Drive, 45th floor
Chicago, IL 60601
Phone: 312-558-5600
Fax: 312-558-5700
*Attorneys for American Home Products*

Linda P. Nussbaum, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
825 Third Avenue, 30th floor
New York, NY 10022
Phone: 212-838-7797
Fax: 212-838-7745
*Attorneys for Indirect Purchasers Class Cases*

J. Douglas Richards, Esq.
Milberg Weiss Bershad Hynes & Lerach
One Pennsylvania Plaza
New York, NY 10119-0165
Phone: 212-594-5300
Fax: 212-868-1229
*Attorneys for* Indirect Purchasers Class Cases

Michael Flannery, Esq.
Cary & Danis LLC
8182 Maryland Avenue
Suite 1400
St. Louis, MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905
*Attorneys for Indirect Purchasers Class Cases*

David F. Sorensen, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-875-3000
Facsimile: 215-875-5707
*Attorneys for Louisiana Wholesale Drug Co.*

David P. Smith, Esq.
Percy, Smith, Foote & Gadel
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309
Telephone: 318-445-4480
Facsimile: 318-487-1741
*Attorneys for Louisiana Wholesale Drug Co.*

Eugene A. Spector, Esq.
Spector, Roseman & Kodroff, PC
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Phone: 215-496-0300
Fax:    215-496-6611
*Attorneys for Attorneys for Indirect Purchasers Class Cases*

Barry S. Taus, Esq.
Garwin, Bronzaft, Gerstein & Fisher, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10036
Telephone: 212-398-0055
Facsimile: 212-764-6620
*Attorneys for Louisiana Wholesale Drug Co.*

Michael F. Heim, Esq.
Conley Rose & Tayon, P.C.
Chase Tower
600 Travis, Suite 1800
Houston, TX 77002
Telephone: 713-238-8000
Facsimile: 713-238-8008
*Attorneys for Louisiana Wholesale Drug Co.*

Mark S. Armstrong, Esq.
Calvin, Richardson Verner
 Armstrong & Camp
500 Jefferson Avenue, Suite 2000
Houston, TX 77002
Telephone: 713-224-5771
Facsimile: 713-654-8023
*Attorneys for Louisiana Wholesale Drug Co.*

John Gregory Odom, Esq.
Odom & Des Roches
Poydras Center, Suite 2020
650 Poydras Street
New Orleans, LA 70130
Telephone: 504-522-0077
Facsimile: 504-522-0078
*Attorneys for Louisiana Wholesale Drug Co.*

Douglas H. Patton, Esq.
Dewsnup King & Olsen
2020 Beneficial Tower
36 South State Street
Salt Lake City, UT 84111
Telephone: 801-533-0400
Facsimile: 801-363-4218
*Attorneys for Walgreen*

Donald E. Haviland, Jr., Esq.
Kline & Spector
1525 Locust Street
Philadelphia, PA 19102
Telephone: 215-772-1000
Facsimile: 215-772-1358
*Attorneys for the Commonwealth of Pennsylvania*

list-includg-end-payor-plaint.wpd