UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
WILLIAM T. WALSH, CLERK

2003 MAR 31  P 2: 36

UNITED STATES
DISTRICT COURT

IN RE K-DUR ANTITRUST LITIGATION

Civil Action No. 01-1652 (JAG)
(Consolidated Cases)

ORDER

FILED
MAR 3 1 2003
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

**GREENAWAY, JR., U.S.D.J.**

This matter having been opened to the Court on plaintiff's, Louisiana Wholesale Drug Co., Inc. ("Louisiana Wholesale" or "Plaintiff"), motion seeking an order amending and modifying Case Management Order No. 1; and good cause appearing;

IT IS on this 31st day of March, 2003

ORDERED that Plaintiff's motion is GRANTED; and

IT IS FURTHER ORDERED that Case Management Order No. 1 is hereby amended and modified to appoint Daniel Berger, Esq. Of the law firm of Berger & Montage, P.C. as co-lead counsel for the direct purchaser class action cases; and

IT IS FURTHER ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of this Order.

JOSEPH A. GREENAWAY, JR., U.S.D.J.