UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-----------------------------------------------x

IN RE K-DUR ANTITRUST LITIGATION

This Document Relates to:
ALL ACTIONS

CIVIL ACTION NO. 01-1652
(Hon. Joseph A. Greenaway, Jr.)

-----------------------------------------------x

ENTERED
ON THE DOCKET
MAR 31 2003
WILLIAM T. WALSH, CLERK

RECEIVED
WILLIAM T. WALSH, CLERK
2003 MAR 31 P 2:36
UNITED STATES
DISTRICT COURT

FILED
MAR 31 2003
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

### ORDER

AND NOW, this 31st day of March, 2003, upon consideration of the Joint Motion For Reconsideration and Amendment of the Case Management Order filed by Plaintiffs Walgreen Co., Eckerd Corporation, Albertson's, Inc., The Kroger Co., Safeway, Inc. and Hy-Vee, Inc. (Plaintiffs in the *Walgreen* action), and Plaintiffs CVS Meridian, Inc. and Rite Aid Corporation (Plaintiffs in the *CVS Meridian* action);

IT IS HEREBY ORDERED that the Motion is granted. The Case Management Order entered in the above-captioned case on December 12, 2001 is hereby amended as follows:

1)  Paragraph 10(C) shall be deleted; and

2)  The following paragraph shall be inserted:

Douglas Patton of Dewsnup, King & Olsen shall be Coordinating Counsel for the Non-Class Pharmacy Purchasers. Plaintiffs' counsel in each Non-Class Pharmacy Purchaser action shall be responsible for the conduct of his own case. However, counsel in such action or actions shall confer among themselves and with (Co-)Lead Counsel in both the Indirect Purchaser Class Cases and Direct Purchaser Class Cases to make all reasonable efforts to coordinate the conduct of their cases with the conduct of all other coordinated cases, including the formulation of discovery requests, pleadings, briefs and motion papers and the taking of depositions.

BY THE COURT:

_____
J.

CHDATA:12345 v1