UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY



RECEIVED

2004 MAY 25 A 10: 32

UNITED STATES
DISTRICT COURT

| | | |
|---|---|---|
| IN Re K-DUR ANTITRUST LITIGATION | : | Civil Action No. 01-1652 (Consolidated Cases) |
| This document relates to: All Cases | : | MDL DOCKET NO. 1419 |

[~~Proposed~~] SCHEDULING ORDER

This matter having come before the Court for a status conference on April 28, 2004, for the purpose of setting a schedule in these coordinated actions, and the Court having considered the submissions of all parties, and for good cause shown,

**IT IS ORDERED** as follows:

1. The Direct Purchaser Class Plaintiffs shall serve on Defendants, but not file, their motion for class certification, with supporting memoranda of law and expert reports no later than June 1, 2004.

2. The discovery period for both class and merits discovery shall begin on June 1, 2004.

3. Class discovery shall be concluded by December 1, 2004.

4. Defendants shall serve on the Direct Purchaser Class Plaintiffs, but not file, their memoranda of law in opposition to class certification, with supporting expert reports no later than January 15, 2005.

5. The Direct Purchaser Class Plaintiffs shall serve their reply memorandum of law and reply expert reports in further support of their class certification motion no later than March


1, 2005. Counsel for the Direct Purchaser Class Plaintiffs shall simultaneously file with the Court all class certification motion papers served by all parties.

6. Fact discovery related to the merits shall be concluded no later than March 1, 2005.

7. Plaintiffs shall serve their merits expert reports no later than May 1, 2005.

8. Defendants shall serve their merits expert reports no later than June 1, 2005.

9. Plaintiffs shall serve their rebuttal expert reports no later than July 1, 2005.

10. Merits expert discovery shall conclude no later than August 1, 2005.

11. Dispositive motions shall be served, but not filed, no later than September 1, 2005.

12. Responses to dispositive motions shall be served, but not filed, no later than October 3, 2005.

13. Reply memoranda in further support of dispositive motions shall be served no later than October 17, 2005. Counsel for the moving party shall simultaneously file with the Court all dispositive motion papers served by all parties.

14. The Final Pretrial Order shall be filed no later than November 1, 2005.

Dated: MAY 24, 2004

Honorable G. Donald Haneke, U.S.M.J.

## In re K-Dur Antitrust Litigation

### Service List

John W. Nields, Jr., Esq.
Alan M. Wiseman, Esq.
Howrey, Simon, Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Phone: 202-783-0800
Fax: 202-383-6610
*Attorneys for Defendant*
*Schering-Plough Corporation*

Christopher M. Curran, Esq.
Karie Jo Barwind, Esq.
White & Case, LLP
601 Thirteenth Street, N.W.
Washington, DC 20005
Phone: 202-626-3600
Fax: 202-639-9355
*Attorneys for Defendant*
*Upsher-Smith Laboratories, Inc.*

Brian J. McMahon, Esq.
Gibbons, Del Deo, Dolan, Griffinger &
Vecchione, P.C.
One Riverfront Plaza
Newark, NJ 07102
Phone: 973-596-4500
Fax: 973-596-0545
*Attorneys for Defendant*
 *American Home Products*

J. Douglas Richards, Esq.
Milberg, Weiss, Bershad, Hynes &
Lerach, LLP
One Pennsylvania Plaza
New York, NY 10119-0165
Fax: 212-868-1229
*Co-Lead Counsel for*
*Indirect Purchaser Class Plaintiffs*

William J. O'Shaughnessy, Esq.
Harvey C. Kaish, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101
Phone: 973-622-4444
Fax: 973-624-7070
*Attorneys for Defendant*
*Schering-Plough Corporation*

William E. Goydan, Esq.
Wolff & Samson
One Boland Drive
West Orange, NJ 07052
Phone: 973-325-1500
Fax: 973-325-1501
*Attorneys for Defendant*
*Schering-Plough Corporation*

Robert Michels, Esq.
Winston & Strawn LLP
35 West Wacker Driver, 45th Floor
Chicago, IL 60601
Phone: 312-558-5600
Fax: 312-558-5700
*Attorneys for Defendant*
 *American Home Products*

Eugene A. Spector, Esq.
Spector, Roseman & Kodroff, PC
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Phone: 215-496-0300
Fax: 215-496-6611
*Co-Lead Counsel for*
*Indirect Purchaser Class Plaintiffs*

Michael J. Flannery, Esq.
Carey & Danis, LLC
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Fax: 314-721-0905
*Co-Lead Counsel for
Indirect Purchaser Class Plaintiffs*

Douglas H. Patton, Esq.
Dwesnup, King & Olsen
2020 Beneficial Tower
36 South State Street
Salt Lake City, UT 84111
Phone: 801-533-0400
Fax: 801-363-4218
*Coordinating Counsel for
Non-Class Pharmacy Purchasers*

Scott E. Perwin, Esq.
Kenny Nachwalter, Seymour, Arnold
Critchlow & Spector
1100 Miami Center
201 South Biscayne Blvd.
Miami, FL 33131-4327
Tel: 305-373-1000
Fax: 305-372-1861

Stephen Shadowen, Esq.
Schnader, Harrison, Segal & Lewis, Llp
30 North Thirsd Street
Harrisburg, PA 17101-1719
Tel: 717-364-1030
Fax: 717-364-1020
*Counsel for Non-Class Pharmacy
Purchasers*

Daniel Berger, Esq.
David Sorenson, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: 215-875-3000
Fax: 215-875-4671
*Co-Lead Counsel for
Direct Purchaser Class Plaintiffs*

Linda P. Nussbaum, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
825 Third Avenue, 30th Floor
New York, NY 10022
Phone: 212-838-7797
Fax: 212-838-7745
*Co-Lead Counsel for
Indirect Purchaser Class Plaintiffs*

Donald E. Haviland, Jr., Esq.
Kline & Specter, P.C.
The Nineteenth Floor
1525 Locust Street
Philadelphia, PA 19102
Phone: 215-772-1000
Fax: 215-772-1359
*Counsel For
Commonwealth of Pennsylvania*

Allyn Z. Lite, Esq.
Lite, DePalma, Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102-5585
Phone: 973-623-3000
Fax: 973-623-0858
*Liaison Counsel for Plaintiffs*

John G. Odom, Esq.
Andrew Kelly, Esq.
Odom & DesRoches
Poydras Center
650 Poydras Street - Suite 2020
New Orleans, LA 70130
Fax: (504) 522-0078

Michael Heim, Esq.
Jonathan Pierce, Esq.
Conley Rose PC
Chase Tower,
600 Travis, Suite 7100
Houston, Texas 77002-2910
Tel: (713) 238-8000

*Additional Counsel for Direct Purchaser
Class Plaintiffs*