COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Peter S. Pearlman, Esq.
Attorneys for Plaintiffs
Park 80 Plaza West-One
Saddle Brook, New Jersey 07663
(201) 845-9600

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN Re K-DUR ANTITRUST LITIGATION | Civil Action No. 01-1652 (Consolidated Cases) |
| This document relates to: All Cases | MDL DOCKET NO. 1419 |

## AMENDMENT TO CASE MANAGEMENT ORDER OF DECEMBER 11, 2001

This Court having entered a Case Management Order on December 11, 2001 (the "2001 Order") which provides, among other things, for the establishment of a central document depository for documents produced by the defendants in this litigation at the offices Lite, DePalma, Greenberg & Rivas, and defendants previously having produced all document discovery to all plaintiffs by sending that discovery to the document depository; and the parties having agreed to modify, to an extent, the procedure for service of documents in response to documentary discovery propounded by the Direct Purchaser Plaintiffs;

IT IS on this ___9th___ day of __October__, 2006;

ORDERED that all future documentary discovery produced by defendants in response to requests by any of the Direct Purchaser Plaintiffs, including the Direct Purchaser Class Plaintiffs and Non-Class Pharmacy Purchasers, shall be produced to Peter S. Pearlman, Esq. of the law firm of Cohn Lifland Pearlman Herrmann & Knopf LLP, who shall provide a copy of all such

production to Lite, DePalma, Greenberg & Rivas for maintenance in the document depository established under paragraph 22 of the 2001 Order.

                                                s/Stephen M. Orlofsky  
                                                Honorable Stephen M. Orlofsky  
                                                Special Master