Barry L. Refsin (BLR-5343)
HANGLEY ARONCHICK SEGAL & PUDLIN
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
*Attorney for CVS Pharmacy, Inc. and Rite Aid Corporation*

[Additional Counsel on Signature Page]


## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____
                                        :
**IN RE K-DUR ANTITRUST LITIGATION**    : **Civil Action Nos.   01-CV-1652 (JAG)**
                                        :
                                        :
**This document relates to:**           : **MDL Docket No. 1419**
                                        :
**All Actions**                         :
                                        : **ORAL ARGUMENT REQUESTED**
_____ :


_____

### NOTICE OF OBJECTIONS TO THE FEBRRUAY 6, 2009 AMENDED
### REPORT AND RECOMMENDATION OF THE SPECIAL MASTER
### ON THE PARTIES' SUMMARY JUDGMENT MOTIONS
_____


**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

       **PLEASE TAKE NOTICE** that on such date as may be set by the Court, the Direct

Purchaser Plaintiffs shall move before The Honorable Joseph A. Greenaway, Jr., U.S.D.J.,

United States District Court for the District of New Jersey, at the Martin Luther King, Jr. Federal

Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order vacating and

reversing the February 6, 2009 Amended Report and Recommendation of the Special Master.

Specifically, Direct Purchaser Plaintiffs object to, and seek reversal of, the Special Master's recommendation granting Defendants' motions for summary judgment and denying Plaintiffs' motions for partial summary judgment on the following grounds:

(1)  The Special Master adopted a framework for the consideration of exclusion payments in Hatch-Waxman settlements that improperly reconciles the policies of the antitrust and patent laws and will encourage the proliferation of anticompetitive exclusion payments.

(2) The Special Master's refusal to consider the undisputed evidence that the June 17, 1997 Agreement between Defendants Schering-Plough and Upsher Smith was outside the scope of Schering's patent is unprecedented and contrary to every other case to have considered exclusion payments.

(3) The Special Master's dismissal of Plaintiffs' claim that Schering's patent litigation was objectively baseless was contrary to law and improperly resolved disputed issues of fact.

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Plaintiffs rely upon the Memorandum of Law filed and served herewith.

A proposed form of Order is submitted herewith.

Dated: March 20, 2009                         Respectfully submitted,

                                              /s Barry L. Refsin
                                              Barry L. Refsin (BLR-5343)
                                              Steve D. Shadowen
                                              HANGLEY ARONCHICK SEGAL
                                                & PUDLIN
                                              One Logan Square, 27th Floor
                                              Philadelphia, PA 19103
                                              (215) 568-6200
                                              *Attorneys for Plaintiffs CVS Pharmacy, Inc.*
                                              *and Rite Aid Corporation*

Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER, P.A.
1100 Miami Center,
201 South Biscayne Boulevard
Miami, FL  33131-4327
(305) 373-1000
*Attorneys for the Walgreen Plaintiffs*

Peter Pearlman
COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Park 80 Plaza West One
Saddle Brook, NJ 07663
(201) 845-9600
*Attorneys for the Direct Purchaser Class
Plaintiffs*

David F. Sorensen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
*Attorneys for the Direct Purchaser Class
Plaintiffs*

Barry S. Taus
GARWIN GERSTEIN & FISHER LLP
1501 Broadway
Suite 1416
New York, New York 10036
*Attorneys for the Direct Purchaser Class
Plaintiffs*