# HANGLEY ARONCHICK SEGAL & PUDLIN

*Attorneys at Law | A Professional Corporation*

One Logan Square
27th Floor
Philadelphia, PA 19103-6933
215.568.0300/facsimile

www.hangley.com

PHILADELPHIA, PA
CHERRY HILL, NJ
HARRISBURG, PA
NORRISTOWN, PA

**Barry L. Refsin**
Direct Dial: 215-496-7031
E-mail: brefsin@hangley.com

March 20, 2009

<u>Via Federal Express</u>

The Honorable Joseph A. Greenaway
United States District Judge
Martin Luther King, Jr. Federal Bldg.
 and U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

Re:    *In re K-Dur Antitrust Litigation*

Dear Judge Greenaway:

I am enclosing courtesy copies of Plaintiffs' Objections to the February 6, 2009 Amended Report and Recommendation of the Special Master on the Parties' Summary Judgment Motions and a Motion to Seal the Supporting Memorandum of Law. These documents have been filed on the Court's ECF system.

In addition, I am separately providing hard copies of the entire record that was before Special Master Orlofsky on the summary judgment motions. The documents provided are listed in the Table of Abbreviations to Plaintiffs' Memorandum of Law in Support of Their Objections. The citations in the Memorandum of Law are to these documents. All of these documents have previously been filed with the Court in connection with the motions before the Special Master.

The Honorable Joseph A. Greenaway
March 20, 2009
Page 2

      Please let me know if Your Honor needs anything else in connection with these Objections.

                                      Respectfully,

                                      Barry L. Refsin

BLR:hmw
Enclosures

cc:    All Counsel on Service List (via e-mail)