**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: K-DUR ANTITRUST LITIGATION | |
| | Civil Action No.: 01-1652 (CCC) (Consolidated Cases) |
| **This Document relates to:** | |
| **All Direct Purchaser Actions which are as follows:** | MDL: 1419 |
| *Louisiana Wholesale Drug Co., Inc.* (Docket No. 01-2869); | |
| *CVS Pharmacy, Inc.,; Rite Aid Corporation* (Docket No. 01-5838); | **ORDER** |
| *Walgreen Co.; Eckerd Corporation; The Kroger Co.; Safeway, Inc.; Albertson's, Inc; Hy'Vee, Inc.* (Docket No. 01-04524);; and *Maxi Drug, Inc.* (Docket No. 05-00369) | |

Whereas, upon the Joint motion by Parties to Reinstate this Court's Prior Holding on Class Certification and to Remand for Further Proceedings Consistent with the Supreme Court's Opinion in *FTC v. Actavis*, 133 S. Ct. 223 (2013), the United States Court of Appeals for the Third Circuit granted that motion, and on September 9, 2013 issued a new mandate (Doc. No. 810) reinstating its prior holdings on class certification and remanding for further proceedings on the merits in this Court consistent with *Actavis*;

IT IS ORDERED that the dockets in each of the above-captioned actions are hereby reopened. All other dockets in this case shall remain closed.

Dated: 11/15/13

_____
Honorable Claire C. Cecchi, U.S.D.J.