# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW
PARK 80 WEST - PLAZA ONE ▪ 250 PEHLE AVENUE, SUITE 401 ▪ SADDLE BROOK, N.J. 07663
201-845-9600 ▪ FAX 201-845-9423

General E-mail: clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

Peter S. Pearlman, Esq.
psp@njlawfirm.com
Direct Dial: 551-497-7131
Cell: 201-709-0597

April 10, 2014

**VIA ECF**
Hon. Claire C. Cecchi
United States District Court, District of New Jersey Newark
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    *In Re: K-Dur Antitrust Litigation*
              Case No.: 01-1652 (JAG)
              MDL No.: 1419
              This Document Relates To:  *Louisiana Wholesale Drug Co., Inc.* (01-2869)
                                                *CVS Pharmacy, Inc.; Rite Aid Corporation* (01-5838)
                                                *Walgreen Co.; Eckerd Corporation; The Kroger Co.;*
                                                *Safeway, Inc.; Albertson's, Inc.; Hy'Vee, Inc. (01-4524);*
                                                *and*
                                                *Maxi Drug, Inc. (05-369)*

Dear Judge Cecchi:

On behalf of all Plaintiffs in the above captioned cases, I write to request a status conference before Your Honor. These cases were assigned to Your Honor on November 26, 2013 (Doc. No. 812) after their remand on September 9, 2013 for further proceedings consistent with the Supreme Court's opinion in *FTC v. Actavis*, 133 S. Ct. 223 (2013) (Doc. No. 810). On November 15, 2013 Your Honor entered an Order reopening the dockets in each of the above-referenced matters (Doc. No. 816).

The initial complaint in these cases was filed about thirteen years ago. Now that the Supreme Court has established the governing legal standard, Plaintiffs are eager to move them towards a conclusion as promptly as possible, consistent of course with the Court's schedule.

                                              Respectfully yours,

                                              */s/ Peter S. Pearlman*

                                              Peter S. Pearlman

PSP:glv
cc:    All Counsel of Record
       (via ECF only)