IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE K-DUR ANTITRUST LITIG. | Civil Action No.<br><br>01-cv-01652-SRC-CLW |
|---|---|

[PROPOSED] SCHEDULING ORDER

AND NOW, on this  7  day of  April , 2015, it is hereby ORDERED that:

1. Defendants' motions for summary judgment previously served on November 14, 2014, Plaintiffs' responses thereto previously served on January 9, 2015, Defendants' replies in support of their motions served on February 13, 2015, and all related filings were timely.

2. In light of the parties' failure to resolve this case through mediation before Eric Green of Resolutions LLC, and notification of this Court of the need to resolve the pending summary judgment and related motions, the Court will set a date for oral argument of the pending motions.

3. The following expert reports served by Plaintiffs on January 12, 2015 are deemed timely: (a) the supplemental expert report of Keith Leffler, Ph.D.; (b) the supplemental expert report of Jack Goldstein; (c) the substitute expert report of Pardeep K. Gupta, Ph.D.

4. The supplemental expert report of Jeffrey J. Leitzinger, Ph.D., served by Plaintiffs on January 16, 2015 is deemed timely.

5. The supplemental expert report of Sumanth Addanki, Ph.D., served by Defendants on February 13, 2015, is deemed timely.

6. The supplemental expert report of Daniel L. Rubinfeld, Ph.D. regarding damages served on March 6, 2015, is deemed timely.

7. The response of Keith Leffler, Ph.D to the supplemental report of Sumanth Addanki, Ph.D served by Plaintiffs on March 10, 2015, is deemed timely.

8. Plaintiffs shall have until April 6, 2015 to serve additional reports from Keith Leffler, Ph.D and Jeffrey Leitzinger, Ph.D responding to the report of Daniel L. Rubinfeld, Ph.D. referred to in paragraph 6.

9. All expert depositions shall be completed no later than May 15, 2015.

_____
Stanley R. Chesler, U.S.D.J.