Garwin Gerstein & Fisher LLP
Bruce Gerstein (bgerstein@garwingerstein.com)
Joseph Opper (jopper@garwingerstein.com)
Kimberly Hennings (khennings@garwingerstein.com)
88 Pine Street
Wall Street Plaza
New York, NY 10005
Tel: (212) 398-0055
*Attorneys for Direct Purchaser Class Plaintiffs*

[Additional Counsel on Signature Page]

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re K-Dur Antitrust Litigation*<br><br>This document relates to:<br><br>All Direct Purchaser Actions | Civil Action No. 01-cv-1652(SRC)(CLW)<br>MDL Docket No. 1419 |

### NOTICE OF PLAINTIFFS' MOTIONS *IN LIMINE* NOS. 1-9

**TO:**   **COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the Direct Purchaser Class Plaintiffs and Individual Retailer Plaintiffs ("Plaintiffs") will move before the Honorable Stanley R. Chesler, United States District Judge, United States District Court for the District of New Jersey, Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, NJ, 07101, for the entry of an Order granting their Motions *in Limine* Nos. 1-9.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs rely upon the accompanying Memorandum of Law, Declaration of Kimberly Hennings and exhibits, and proposed Order, submitted herewith.

Dated: December 2, 2016

Respectfully submitted,

/s/Kimberly Hennings

| | |
|---|---|
| Scott E. Perwin<br>Lauren C. Ravkind<br>KENNY NACHWALTER, P.A.<br>1100 Miami Center,<br>201 South Biscayne Boulevard<br>Miami, FL 33131-4327<br>(305) 373-1000<br>*Counsel for Walgreen Plaintiffs* | Bruce E. Gerstein<br>Joseph Opper<br>Kimberly Hennings<br>GARWIN GERSTEIN & FISHER LLP<br>88 Pine Street, 10th Floor<br>New York, NY 10005<br>(212) 398-0055<br>*Counsel for Direct Purchaser Class Plaintiffs* |
| Susan Segura<br>David Raphael<br>SMITH SEGURA & RAPHAEL, LLP<br>3600 Jackson Street Ext., Suite 111<br>Alexandria, LA 71303<br>(318) 445-4480<br>*Counsel for Direct Purchaser Class Plaintiffs* | Stuart E. DesRoches<br>ODOM & DESROCHES LLP<br>Suite 2020, Poydras Center<br>650 Poydras Street<br>New Orleans, Louisiana 70130<br>504-522-0077<br>*Counsel for Direct Purchaser Class Plaintiffs* |
| David F. Sorensen<br>Daniel C. Simons<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>(215) 875-3000<br>*Counsel for Direct Purchaser Class Plaintiffs* | Barry L. Refsin (BLR-5343)<br>HANGLEY ARONCHICK SEGAL<br>PUDLIN & SCHILLER<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>(215) 568-6200<br>*Counsel for Plaintiffs CVS Pharmacy, Inc. and Rite Aid Corporation* |
| Russell Chorush<br>HEIM PAYNE & CHORUSH<br>1111 Bagby, Suite 2100<br>Houston, TX 77002<br>713--221-2004<br>*Counsel for Direct Purchaser Class Plaintiffs* | Peter S. Pearlman<br>Matthew Gately<br>COHN LIFLAND PEARLMAN<br> HERRMANN & KNOPF LLP<br>Park 80 Plaza West One<br>Saddle Brook, NJ 07663<br>(201) 845-9600<br>*Counsel for Direct Purchaser Class Plaintiffs* |